IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHLEY CUDNIK and STACEY J. SAVOIE, individuals, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-02998 |
| W.L. YORK, INC. d/b/a THE COVER GIRLS, ALI DAVARI and HASSAN DAVARI, individuals, | § § § § § | |
| *Defendants.* | § § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs Ashley Cudnik and Stacey J. Savoie and Defendants W.L. York, Inc., d/b/a The Cover Girls, Ali Davari and Hassan Davari have reached a settlement in this matter. The parties anticipate that they will be able to finalize settlement papers and submit an agreed motion of dismissal with prejudice within 21days.

Respectfully submitted,

WALLACE & ALLEN, LLP

*/s/ Casey T. Wallace*
Casey T. Wallace
State Bar No. 00795827
SDTX Bar ID: 20117
William X. King (of counsel)
State Bar No. 24072496
SDTX Bar ID: 1674134
440 Louisiana, Suite 1500
Houston, Texas 77002
Tel: (713) 227-1744
Fax: (713) 227-0104
cwallace@wallaceallen.com
wking@wallaceallen.com
**ATTORNEYS FOR DEFENDANTS**

-AND-

*/s/ Leigh Montgomery \*w/p*
Jarrett L. Ellzey
Leigh Montgomery
Ellzey & Associates, PLLC
1105 Milford Street
Houston, Texas 77066
Tel: (713) 554-2377
Fax: (888) 995-3335
jarrett@hughesellzey.com
leigh@hughesellzey.com
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure via email and/or filing through the Court's ECF System on March 16, 2022.

    Jarrett L. Ellzey
    Leigh Montgomery
    ELLZEY & ASSOCIATES, PLLC
    1105 Milford Street
    Houston, Texas 77066
    Tel: (713) 554-2377
    Fax: (888) 995-3335
    jarrett@hughesellzey.com
    leigh@hughesellzey.com
    **ATTORNEYS FOR PLAINTIFFS**

                                                    */s/ Casey T. Wallace*
                                                    Casey T. Wallace